ACCEPTED
15-25-00165-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/18/2025 10:59 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00165-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/18/2025 10:59:33 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

**Tap Rock Operating, LLC,**

*Appellant,*

**v.**

**Texas Fabco Solutions, Inc.,**

*Appellee.*

On Appeal from the 424th District Court, Blanco County, Texas
Trial Court Cause No. CV09710
Hon. Evan Stubbs, Presiding

## APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant Tap Rock Operating, LLC  ("Appellant") respectfully requests a 30-day extension to file its Appellant's brief under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and would respectfully show the Court as follows:

Appellant's brief is currently due on **Monday, December 22, 2025**. Appellant's request an extension of 30-days from the current

deadline, making Appellant's brief due **Wednesday, January 21, 2026**.

*See* Tex. R. App. P. 4.1(a). This is Appellant's second request for an extension of time for this deadline. Counsel for Appellees Texas Fabco Solutions, Inc. is **unopposed** to this motion.

The extension is necessary because counsel has had to devote time and attention, sometimes on an emergency basis, to the following matters:

- Cause No. 2023-DCL-01534; *Garcia, et al. v. Kommitted Transportation, Inc., et al.*; in the 444th Judicial District Court of Cameron County, Texas; (prepared for and attended trial December 1, 2025);

- Case No. 1-25-00751-CV; *Jun Jin Heavy Industry, Co. Ltd., et al v. Epifanio Mondragon, et al*; in the 215th Judicial District Court of Harris County, Texas; (Appellants' brief deadline December 4, 2025);

- Case No. 1:22-cv-00599-KG-JFR; *Hurtado v. FNF Construction, Inc., et al.*; in the United States District Court of New Mexico (prepared for and attended trial December 8, 2025);

- Cause No. 23DCCV0902; *Walter Harris v. Ellen May and Allstate Fire and Casualty Insurance Company;* in the 136th Judicial District Court of Jefferson County, Texas; (attended hearing on defendant's motion for new trial December 17, 2025);

- Cause No. CV42105; *Isaac Brooks v. Bruce Harold Johnson, Jr. and 3B Dozer Service, LLC*; in the 82nd Judicial District Court of Falls County, Texas; (pre-trial motions due December 19, 2025 and trial set for January 5, 2026);

- Case No. 25-0503; *In re Galen Wade Hudson;* in the Supreme Court of Texas; (relator's brief on the merits due December 22, 2025);

- Cause No. 2025-86872; *Amy Cherry v. Smyrna Ready Mix Concrete, LLC, et al.;* in the 190th Judicial District Court of Harris County, Texas; (motion to transfer venue and answer due December 23, 2025);

- Cause No. 92380-F; *In the Interest of Rayyan Bhar and Ibrahim Bhar, Minor Children*; in the 461st Judicial District Court of Brazoria County, Texas; (hearing on pre-trial motions set for January 7, 2026, prepare and attend trial set for January 12, 2026);

- Cause No. DC-23-02975; *Frankie Bakkers v. Energy Transfer, LP et al.*; in the 68th Judicial District Court of Dallas County, Texas; (motion for new trial due January 9, 2026);

- Cause No. 2022-70592; *Casimira Lujano v. CWS Propane LLC;* in the 184th Judicial District Court of Dallas County, Texas; (motion for summary judgment due January 11, 2026, prepare and attend trial set for February 16, 2026); and

- Case No. 25-1097; *Baird/Williams Construction II, Ltd. v. Jacinto Martinez*; in the Supreme Court of Texas; (petition for review due January 14, 2026).

This extension is not sought for the purpose of delay; instead, it is sought to allow the preparation of concise and thorough brief that will assist in this Court's consideration of the case before it.

**PRAYER**

For the reasons stated herein, Appellant's respectfully request that the Court issue an order extending the time for filing Appellant's brief in this matter to January 21, 2026, and for all other and further relief to which Appellant's may be entitled.

Respectfully submitted,

*/s/ Heidi J. Gumienny*

Jessica Z. Barger
State Bar No. 24032706
Heidi J. Gumienny
State Bar No. 24036696
Maha Ghyas
State Bar No. 24138115
WRIGHT CLOSE BARGER & GUZMAN, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 (Phone)
(713) 572-4320 (Facsimile)
barger@wrightclosebarger.com
gumienny@wrightclosebarger.com
mghyas@wrightclosebarger.com

AND

M. Matt Jett
State Bar No. 24068684
Tim Redden, Jr.
State Bar No. 24099654
HALL MAINES LUGRIN, PC
2800 Post Oak Blvd., Suite 6400
Houston, Texas 77056

4

(713) 871-9000 (Phone)
(713) 871-8962 (Facsimile)
mjett@hallmaineslugrin.com
tredden@hallmaineslugrin.com

**COUNSEL FOR APPELLANT
TAP ROCK OPERATING, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that Appellee's counsel conferred with Appellant's counsel regarding this Motion. Appellant is **unopposed** to the relief requested in this Motion.

*/s/ Maha Ghyas*
Maha Ghyas

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument was served on all counsel of record electronically through the electronic filing manager (www.efiletexas.gov) on this 18th day of December 2025.

*/s/Heidi J. Gumienny*
Heidi J. Gumienny

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sandra Silva on behalf of Heidi Jean Gumienny
Bar No. 24036696
silva@wrightclosebarger.com
Envelope ID: 109252388
Filing Code Description: Motion
Filing Description: 251218 Appellant's Second Unopposed Motion for Extension of Time to File Brief
Status as of 12/18/2025 11:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jessica Z.Barger | | barger@wrightclosebarger.com | 12/18/2025 10:59:33 AM | SENT |
| Heidi J.Gumienny | | gumienny@wrightclosebarger.com | 12/18/2025 10:59:33 AM | SENT |
| Matt Jett | | mjett@hallmaineslugrin.com | 12/18/2025 10:59:33 AM | SENT |
| Tim Redden, Jr. | | tredden@hallmaineslugrin.com | 12/18/2025 10:59:33 AM | SENT |
| Larry D.Warren | | lwarren@namanhowell.com | 12/18/2025 10:59:33 AM | SENT |
| Maha Ghyas | | mghyas@wrightclosebarger.com | 12/18/2025 10:59:33 AM | SENT |
| Sandra Silva | | silva@wrightclosebarger.com | 12/18/2025 10:59:33 AM | SENT |